# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DUDLEY L. BLACKBIRD, )<br>)<br>Defendant. ) | 8:09CR347<br><br>ORDER |

Defendant Dudley L. Blackbird (Blackbird) appeared before the court on June 8, 2011, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 30). Blackbird was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, Blackbird waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Blackbird should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. At the time of the hearing, Blackbird was in the custody of Omaha Tribal authorities. The motion was held in abeyance pending Blackbird coming into federal custody.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on July 25, 2011.** Defendant must be present in person.

2. The U.S. Marshal shall hold the defendant on the current Writ of Habeas Corpus Ad Prosequendum pending disposition of this case or until further order of the court.

DATED this 8th day of June, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge